

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-MJ-00593-DUTY |
| SHIRZAD MEHRRAFIEE | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __the government__, IT IS ORDERED that a detention hearing is set for __February 12__, __2025__, at __10:30__ ☒a.m. / ☐p.m. before the Honorable __Karen L. Stevenson__, in Courtroom __580__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __February 10, 2025__

_/s/ Karen L. Stevenson_
U.S. District Judge/Magistrate Judge